NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


In re Commitment of Michael Allis.        )
_____)
                                          )
MICHAEL ALLIS,                            )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No. 2D17-5042
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
_____)

Opinion filed November 8, 2019.

Appeal from the Circuit Court for Pinellas
County; Paul A. Levine, Acting Circuit
Judge.

Howard L. Dimmig, II, Public Defender, and
Carol J.Y. Wilson, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Dismissed as moot.

KHOUZAM, C.J., and SALARIO and SMITH, JJ., Concur.